# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:15CV131 |
| vs. | |
| $32,780.00 IN UNITED STATES CURRENCY, | ORDER |
| Defendant, | |
| and | |
| RAYMOND RIVERA, | |
| Claimant. | |

This matter is before the court on Raymond Rivera's Unopposed Motion for Leave to Dismiss Verified Claim (Filing No. 46).[1] Rivera seeks to voluntarily dismiss by abandoning his claim on the currency seized and subject to forfeiture in this matter. Accordingly,

**IT IS ORDERED**:

Raymond Rivera's Unopposed Motion for Leave to Dismiss Verified Claim (Filing No. 46) is granted.

Dated this 25th day of May, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[1] On April 25, 2016, the parties entered their consent to jurisdiction by a United States Magistrate Judge and 28 U.S.C. § 636(c). **See** Filing No. 44.