IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$32,780.00 IN UNITED STATES CURRENCY,<br><br>Defendant. | 8:15CV131<br><br>**DEFAULT JUDGMENT AND DECREE OF FORFEITURE** |

This matter comes before the Court upon Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 51) against the Defendant, $32,780.00 in United States Currency, Raymond G. Rivera and any other unknown individuals.  Plaintiff is represented by Douglas J. Amen, Special Assistant United States Attorney. No claimants have entered an appearance, either personally or through counsel.  Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

1.	A Complaint for Forfeiture *In Rem* was filed herein on April 21, 2015, (Filing No. 1).  A Warrant for Arrest *In Rem* was issued by this Court and was properly served on the Defendant property by the U.S. Marshals Service, (Filing No. 5).

2.	Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to Order of this Court dated May 6, 2015, (Filing No. 7).   A Declaration of Publication was filed on June 29, 2015, (Filing No. 12).

3.	On May 8, 2015, Raymond G. Rivera filed a Claim (Filing No.8) herein. By Text order dated May 25, 2016 (Filing No. 46), said Claim was deemed dismissed.

4. A Clerk's Entry of Default was entered against Raymond G. Rivera on July 1, 2016 (Filing No. 50).

5. No other person or entity entitled to the Defendant property has filed a Claim or an Answer in response to Plaintiff's Complaint for Forfeiture *In Rem* within the time fixed by law.

6. The Plaintiff's Motion for Default Judgment and Decree of Forfeiture should therefore be granted.

IT IS ORDERED:

A. The Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 51) is granted;

B. All right, title and interest in or to the Defendant currency held by any person or entity is hereby forever barred and foreclosed.

C. The Defendant currency shall be and the same hereby is forfeited to the United States of America.

D. The Defendant currency shall be disposed of by the United States of America in accordance with law.

Dated this 7th day of July, 2016.

BY THE COURT:

s/ Thomas D. Thalken
**THOMAS D. THALKEN,**
**MAGISTRATE JUDGE**